John W. Dillon (CA Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Chad Flores (TX Bar. No 24059769)
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
Telephone: (713) 364-6640
Facsimile: (832) 645-2496
E-mail: cf@chadflores.law
*Admission *pro hac vice* forthcoming

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>     Plaintiffs,<br><br>v.<br><br>COAST RUNNER INDUSTRIES, INC., GHOST GUNNER, INC., and DEFENSE DISTRIBUTED,<br><br>     Defendants. | Case No. **'24CV0971 AJB SBC**<br><br>**Defendants' Notice of Removal** |

**Defendants' Notice of Removal**

Defendants Coast Runner Industries, Inc., Ghost Gunner Inc., and Defense Distributed, file this notice of removal to hereby remove this action from the Superior Court of the State of California to the United States District Court for the Southern District of California.  This notice is timely because it is being filed within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.  *See* 28 U.S.C. § 1446.  All defendants consent to the removal of the action.  *See* 28 U.S.C. § 1446(b)(2)(A).  28 U.S.C. § 1441 authorizes removal because the action constitutes a civil action brought in a State court of which the district courts of the United States have original jurisdiction.  28 U.S.C. § 1332 supplies that original jurisdiction because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.   Diversity of citizenship is determined vis-à-vis the action's real parties in interest according to the essential nature and effect of the proceeding as it will appear from an entire record.  *Dep't of Fair Emp. & Hous. v. Lucent Techs., Inc.*, 642 F.3d 728, 737 (9th Cir. 2011); *Nevada v. Bank of Am. Corp.*, 672 F.3d 661, 670 (9th Cir. 2012).  Under that test, this action's real plaintiff in interest is the Giffords Law Center to Prevent Gun Violence, which is a citizen of the State of California.  All defendants are citizens of the State of Texas.

June 2, 2024                                Respectfully submitted,

                                              Dillon Law Group APC

                                              Attorneys for Defendants

                                              By: /s/ John Dillon
                                                      John W. Dillon