POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Office of County Counsel, County of San Diego <br> JOHN P. COOLEY, Chief Deputy (SBN 162955) <br> 1600 Pacific Highway, Room 355 <br> San Diego, California 92101-2469 <br> TELEPHONE NO: (619) 531- 4860   FAX NO *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: john.cooley@sdcounty.ca.gov <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY <br><br> **ELECTRONICALLY FILED** <br> Superior Court of California, <br> County of San Diego <br> **05/08/2024** at 11:20:00 AM <br> Clerk of the Superior Court <br> By Regina Chanez, Deputy Clerk <br><br> **'24CV0971 AJB SBC** |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Diego <br> STREET ADDRESS: 330 W. Broadway <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: San Diego, 92101-3409 <br> BRANCH NAME: Central - Civil | |
| PLAINTIFF / PETITIONER: The People of the State of California <br> DEFENDANT / RESPONDENT: Coast Runner Industries Inc, et al. | CASE NUMBER: <br> 37-2024-00020896-CU-MC-CTL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 11002566 (22842714) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [X] Alternative Dispute Resolution (ADR) Package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] Cross-Complaint
   f. [X] Other *(specify documents)*:   Notice of Case Assignment and Case Management Conference , Stipulation to Use Alternative Dispute Resolution, General Order of the Presiding Department, Electronic Filing Requirements (Civil)
3. a. Party served *(specify name of party as shown on documents served)*:
      Defense Distributed
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Cody Wilson - Person Authorized to Accept Service of Process
4. Address where the party was served:
   2320 Donley Dr Suite C, Austin, TX 78758
5. I served the party *(check proper box)*
   a. [ ] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                      (2) at *(time)*:
   b. [X] **by substituted service**. On *(date)*:   Tue, May 07 2024         at *(time)*:   02:45 PM         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Jacob Chalker, Shipping/Authorized Person
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:                                              or [X] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use                           PROOF OF SERVICE OF SUMMONS                                     Page 1 of 2
Judicial Council of California                                                                                    Code of Civil Procedure, § 417.10
POS-010 [Rev. January 1, 2007]

| PLAINTIFF / PETITIONER: The People of the State of California | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Coast Runner Industries Inc, et al. | 37-2024-00020896-CU-MC-CTL |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:  (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*:    Defense Distributed
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
      ☐ other:

7. **Person who served papers**
   a. Name:    Andrew Swatzell
   b. Address:    1400 N McDowell Blvd, Suite 300, Petaluma, CA  94954
   c. Telephone number:    800-938-8815
   d. **The fee** for service was:    $150.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☒ independent contractor
         (ii) Registration No:    N/A
         (iii) County:    N/A

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   May 8, 2024

Andrew Swatzell
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

_____
(SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: The People of the State of California | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Coast Runner Industries Inc, et al. | 37-2024-00020896-CU-MC-CTL |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N McDowell Blvd, Suite 300, Petaluma, CA 94954.

On 5/7/2024, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Summons, Notice of Case Assignment and Case Management Conference , Alternative Dispute Resolution Information , Stipulation to Use Alternative Dispute Resolution, General Order of the Presiding Department, Electronic Filing Requirements (Civil)

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Fairfax, CA, addressed as follows:

Defense Distributed
Cody Wilson - Person Authorized to Accept Service of Process
2320 Donley Dr, Suite C
Austin, TX 78758.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 5/7/2024
Ashley David
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other *(Specify):* InfoTrack US, Inc.