# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

The People of the State of California

**Plaintiff,**

v.

Coast Runner Industries, Inc., Ghost Gunner, Inc., and Defense Distributed

**Defendant.**

Case No. 3:24-cv-00971-AJB-SBC

## PRO HAC VICE APPLICATION

Defendants
_Party Represented_

I, Charles R. Flores (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Flores Law PLLC
Street address: 917 Franklin Street, Suite 600
City, State, ZIP: Houston, Texas 77002
Phone number: (713) 364-6640
Email: cf@chadflores.law

That on November 2, 2007 (Date) I was admitted to practice before the State Bar of Texas (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have [X] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____  Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Chad Flores_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

John W. Dillon          (760) 642-7150
(Name)                  (Telephone)

Dillon Law Group APC
(Firm)

2647 Gateway Road, Suite 105, NO. 255     Carlsbad, California     92009
(Street)                                   (City)                   (Zip code)

_/s/ Chad Flores_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/_
(Signature of Designee Attorney)