John W. Dillon (CA Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
(760) 642-7150
jdillon@dillonlawgp.com

Chad Flores (TX Bar. No 24059769)
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
(713) 364-6640
cf@chadflores.law

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    Plaintiffs,<br><br>v.<br><br>COAST RUNNER INDUSTRIES, INC., GHOST GUNNER, INC., and DEFENSE DISTRIBUTED,<br><br>                    Defendants. | Case No. 3:24-cv-00971<br><br>**Notice of Motion to Transfer**<br><br>Date: October 17, 2024<br><br>Time: 2:00 pm<br><br>Judge: Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. Steve B. Chu<br>Courtroom 4A |

Please take notice that, on October 17, 2024, at 2:00pm, before Judge Anthony J. Battaglia, in the United States District Court for the Southern District of California, Defendants Coast Runner Industries, Inc., Ghost Gunner Inc., and Defense Distributed will move to transfer this action. The Defendants will base their motion on this notice, the accompanying memorandum of points and authorities and exhibits, argument presented at the hearing on this motion (if any), and all other pertinent papers and pleadings on file in this action.

June 17, 2024

Respectfully submitted,

Flores Law PLLC

Attorneys for Defendants

By: /s/ Chad Flores
Chad Flores