**Declaration of Cody Wilson**
**June 17, 2024**

I, Cody Wilson, declare under penalty of perjury that the following statements are true and correct:

1.  Defense Distributed is a non-profit corporation organized under the laws of the State of Texas.

2.  Defense Distributed's principal place of business has always been Austin, Texas. The vast majority of Defense Distributed's activities, including research, design, development, manufacturing, and publishing, have always occurred in and around Austin. All of Defense Distributed's employees live in or near Austin.

3.  The best and most probative evidence regarding the nature of the CNC milling devices that Defense Distributed deals with (*e.g.*, exemplary machines and their products) lies within the boundaries of the United States District Court for the Western District of Texas. No such evidence exists within the boundaries of the United States District Court for the Southern District of California.

4.  Defense Distributed and I prefer that any litigation related to Defense Distributed be conducted in the United States District Court for the Western District of Texas, Austin Division. The cost of traveling to court proceedings outside of Texas would present a financial hardship for me and Defense Distributed; and physical exhibits that may be used at a trial, such as exemplary CNC milling devices and their products, would be difficult to transport outside of Texas.

5.  From May 2021 to present, the Ghost Gunner website has included the "Website Terms of Use" attached to this declaration. These "Website Terms of Use" constitute a contract between Ghost Gunner and each visitor of its ghostgunner.net website. Among the provisions that all website visitors agree to via the "Website Terms of Use" is the following forum selection clause:

> **14. Governing Law and Jurisdiction.** All matters relating to the Website and these Terms of Use and any dispute or claim arising therefrom or related thereto (in each case, including non-contractual disputes or claims), shall be governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule (whether of the State of Texas or any other jurisdiction).
> Any legal suit, action or proceeding arising out of, or related to, these Terms of Use or the Website shall be instituted exclusively in the federal courts of the United States or the courts of the State of Texas, in each case located in the City of Austin, Travis County, Texas although we retain the right to bring any suit, action or proceeding against you for breach of these Terms of Use in your country of residence or any other relevant country. You waive any and all objections to the exercise of jurisdiction over you by such courts and to venue in such courts.

6.  I executed this declaration on June 18, 2024, with personal knowledge of every fact stated herein.

DocuSigned by:

*Cody Wilson*

B6DC280D6EDF45E...

Cody Wilson

DocuSign Envelope ID: 9A915E3F-574B-45A8-BFE3-0EAB9C640B77

# Website Terms of Use

**Ghost Gunner Website Terms of Use**

Last Modified: 5/1/2021

THIS DOCUMENT CONTAINS VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU. PLEASE READ IT CAREFULLY.

Notwithstanding any other part of these Terms of Service, and notwithstanding any other express or implied grant of permission, the following persons/entities are expressly forbidden from using, accessing, or obtaining any information from Ghost Gunner for any reason:

Federal and state law enforcement agencies operating within or under the authority of the states of New Jersey, New York, Connecticut, Pennsylvania, and Washington. Agents of the offices of the Attorneys General of New Jersey, New York, Connecticut, Pennsylvania and Washington. Agents of the offices of Consumer Affairs or Consumer Protection in the states of New Jersey, New York, Connecticut, Pennsylvania, and Washington.

Employees, agents, members and associates of the gun control organizations including but not limited to: Brady, Giffords, Everytown for Gun Safety, Mom's Demand Action, Newtown Action Alliance, Sandy Hook Promise, The Trace, and The United Methodist Church. Attorneys, employees, agents and associates of the law firms represented by the FACT coalition, including but not limited to the firms: Arnold & Porter LLP, Bilzin Sumberg Baena Price & Axelrod LLP, Cooley LLP, Covington & Burling LLP, Dentons USLLP, Gibson Dunn And Crutcher LLP, Hogan Lovells US LLP, Keker, Van Nest & Peters LLP, Mayer Brown LLP, Morrison & Foerster LLP, Morvillo Abramowitz Grand Iason & Anello PC, Munger Tolles & Olson LLP, O'Melveny & Myers LLP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, and Simpson Thacher & Bartlett LLP.

Any access or use of any part of this site, whether directly or indirectly, by or at the direction of, any of the above-listed persons is expressly forbidden and is unlawful. Any violation of this prohibition may lead to civil and/or criminal liability pursuant to the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 (the "CFAA").

This prohibition is intended to clarify that no permission to access is granted to any of the above-listed users. Further, for avoidance of doubt, this prohibition is intended to immediately and permanently revoke any pre-existing express or implied grant of permission to access this site within the meaning of Facebook, Inc v. Power Ventures, Inc, 844 F.3d 1058 (9th Cir. 2016) (noting, "a defendant can run afoul of the CFAA when he or she has no permission to access a computer or when such permission has been revoked explicitly.").

**1. Acceptance of the Terms of Use.** These terms of use are entered into by and between You and DEFENSE DISTRIBUTED ("Company", "we" or "us"). The following terms and

conditions, together with any documents they expressly incorporate by reference (collectively, these "Terms of Use"), govern your access to and use of the Defense Distributed website, including any content, functionality and services offered on or through www.defdist.org (the "Website"), whether as a guest or a registered user. Please read the Terms of Use carefully before you start to use the Website. By using the Website, you accept and agree to be bound and abide by these Terms of Use and our Privacy Policy, found at https://ghostgunner.net/pages/privacy (https://ghostgunner.net/pages/privacy), incorporated herein by reference. If you do not want to agree to these Terms of Use or the Privacy Policy, you must not access or use the Website.

**2. Changes to the Terms of Use.** We may revise and update these Terms of Use from time to time in our sole discretion. All changes are effective immediately when we post them, and apply to all access to and use of the Website thereafter. Your continued use of the Website following the posting of revised Terms of Use means that you accept and agree to the changes. You are expected to check this page each time you access this Website so you are aware of any changes, as they are binding on you.

**3. Accessing the Website and Account Security.** We reserve the right to withdraw or amend this Website, and any service or material we provide on the Website, in our sole discretion without notice. We will not be liable if for any reason all or any part of the Website is unavailable at any time or for any period. From time to time, we may restrict access to some parts of the Website, or the entire Website, to users, including registered users.  To access the Website or some of the resources it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Website that all the information you provide on the Website is correct, current and complete. You agree that all information you provide to register with this Website or otherwise, including but not limited to use of any interactive features on the Website, is governed by our Privacy Policy https://ghostgunner.net/pages/privacy (https://ghostgunner.net/pages/privacy), and you consent to all actions we take with respect to your information consistent with our Privacy Policy. If you choose, or are provided with, a user name, password or any other piece of information as part of our security procedures, you must treat such information as confidential, and you must not disclose it to any other person or entity. You also acknowledge that your account is personal to you and agree not to provide any other person with access to this Website or portions of it using your user name, password or other security information. You agree to notify us immediately of any unauthorized access to or use of your user name or password or any other breach of security. You also agree to ensure that you exit from your account at the end of each session. You should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information. We have the right to disable any user name, password or other identifier, whether chosen by you or provided by us, at any time in our sole discretion for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Use.

**4. Ownership.** This Website is owned and operated by Defense Distributed. All right, title and interest in and to the materials provided on this Site and Applications, including but

and interest in and to the materials provided on this Site and Applications, including but not limited to information, documents, logos, graphics, sounds and images (the "Materials") are owned either by Defense Distributed or by our respective third-party authors, developers or vendors ("Third Party Providers"). Except as otherwise expressly provided by Defense Distributed, none of the Materials may be copied, reproduced, republished, downloaded, uploaded, posted, displayed, transmitted or distributed in any way and nothing on this Website or on any Applications shall be construed to confer any license under any of the intellectual property rights of Defense Distributed, whether by estoppel, implication or otherwise. Defense Distributed does not sell, license, lease or otherwise provide any of the Website content other than those specifically identified as being provided by Defense Distributed. Any rights not expressly granted herein are reserved by Defense Distributed.

**5. Prohibited Uses.** You may use the Website only for lawful purposes and in accordance with these Terms of Use. You agree not to use the Website:

- In any way that violates any applicable federal, state, local or international law or regulation (including, without limitation, any laws regarding the export of data or software to and from the US or other countries).
- For the purpose of exploiting, harming or attempting to exploit or harm minors in any way by exposing them to inappropriate content, asking for personally identifiable information or otherwise.
- To transmit, or procure the sending of, any advertising or promotional material without our prior written consent, including any "junk mail", "chain letter" or "spam" or any other similar solicitation.
- To impersonate or attempt to impersonate the Company, a Company employee, another user or any other person or entity (including, without limitation, by using e-mail addresses or names associated with any of the foregoing).
- To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Website, or which, as determined by us, may harm the Company or users of the Website or expose them to liability.

**Additionally, you agree not to:**

- Use the Website in any manner that could disable, overburden, damage, or impair the site or interfere with any other party's use of the Website, including their ability to engage in real time activities through the Website.
- Use any device, software or routine that interferes with the proper working of the Website.
- Attempt to gain unauthorized access to, interfere with, damage or disrupt any parts of the Website, the server on which the Website is stored, or any server, computer or database connected to the Website.
- Otherwise attempt to interfere with the proper working of the Website.

**You further represent and warrant that each of the following are true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:**

- You are a citizen or lawful permanent resident of the United States of America, or of any other country in which the operation of this site is lawful
- You have not renounced your U.S. citizenship
- You are not an illegal or unlawful alien, and are not a nonimmigrant alien

DocuSign Envelope ID: 9A915E3F-574B-45A8-BFE3-0EAB9C640B77

- Your possession and/or use of the products available through this site does not violate any local, state, or federal law of the jurisdiction in which you reside
- You are not currently under indictment for, and have never been convicted in any court of, a crime punishable by imprisonment for one year or more
- You are not a fugitive from justice
- You are not an unlawful user of, or addicted to, any controlled substance
- You have not been adjudicated as a mental defective and have not been committed to any mental institution
- You have never been and are not expected to be discharged from the Armed Forces under dishonorable conditions
- You are not currently subject to a domestic violence restraining order of any kind
- You have never been convicted in any court of a crime of domestic violence
- You will not use, and do not intend to use, CAD models appearing on DEFCAD, or any physical parts created from such models, for any unlawful purpose including, but not limited to, causing physical injury or death to yourself or to any other person

**6. Monitoring and Enforcement; Termination.** We have the right to:

- Remove or refuse to post any User Contributions for any or no reason in our sole discretion.
- Take any action with respect to any User Contribution that we deem necessary or appropriate in our sole discretion, including if we believe that such User Contribution violates the Terms of Use, including the Content Standards, infringes any intellectual property right or other right of any person or entity, threatens the personal safety of users of the Website or the public or could create liability for the Company.
- Disclose your identity or other information about you to any third party who claims that material posted by you violates their rights, including their intellectual property rights or their right to privacy.
- Take appropriate legal action, including without limitation, referral to law enforcement, for any illegal or unauthorized use of the Website.
- Terminate or suspend your access to all or part of the Website for any or no reason, including without limitation, any violation of these Terms of Use. Without limiting the foregoing, we have the right to fully cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or other information of anyone posting any materials on or through the Website. YOU WAIVE AND HOLD HARMLESS THE COMPANY AND ITS AFFILIATES, LICENSEES AND SERVICE PROVIDERS FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY ANY OF THE FOREGOING PARTIES DURING OR AS A RESULT OF ITS INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER SUCH PARTIES OR LAW ENFORCEMENT AUTHORITIES. However, we do not undertake to review all material before it is posted on the Website, and cannot ensure prompt removal of objectionable material after it has been posted. Accordingly, we assume no liability for any action or inaction regarding transmissions, communications or content provided by any user or third party. We have no liability or responsibility to anyone for performance or nonperformance of the activities described in this section.

**7. Content Standards.** These content standards apply to any and all User Contributions and use of Interactive Services. User Contributions must in their entirety comply with all

DocuSign Envelope ID: 9A915E3F-574B-45A8-BFE3-0EAB9C640B77

applicable federal, state, local and international laws and regulations. Without limiting the foregoing, User Contributions must not: upload, download, display, perform, transmit or otherwise distribute any content that: (i) is libelous, defamatory, obscene, pornographic, abusive or threatening; (b) advocates or encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, national or foreign law or regulation; or (c) advertises or otherwise solicits funds or is a solicitation for goods or services. Defense Distributed reserves the right to terminate or delete such material from its servers. Defense Distributed will cooperate fully with any law enforcement officials or agencies in the investigation of any violation of these Terms of Use or of any applicable laws.

**8. Changes to the Website.** We may update the content on this Website from time to time, but its content is not necessarily complete or up-to-date. Any of the material on the Website may be out of date at any given time, and we are under no obligation to update such material.

**9. Information About You and Your Visits to the Website.** All information we collect on this Website is subject to our Privacy Policy https://ghostgunner.net/pages/privacy (https://ghostgunner.net/pages/privacy). By using the Website, you consent to all actions taken by us with respect to your information in compliance with the Privacy Policy.

**10. Online Purchases and Other Terms and Conditions.** All purchases through our site or other transactions for the sale of goods or information formed through the Website or as a result of visits made by you are governed by our Terms of Sale https://ghostgunner.net/pages/terms-and-conditions (https://ghostgunner.net/pages/terms-and-conditions), which are hereby incorporated into these Terms of Use.

**11. Compliance with Export Restrictions.** You may not access, download, use or export the Website in violation of United States export laws or regulations or in violation of any other applicable laws or regulations. You agree to comply with all export laws and restrictions and regulations of any United States or foreign agency or authority and to assume sole responsibility for obtaining licenses to export or re-export as may be required. You acknowledge and agree that our products are subject to the United States Export Administration Laws and Regulations and agree that none of the Company's goods or any direct product therefrom is being or will be acquired for, shipped, transferred or re-exported, directly or indirectly, to proscribed or embargoed countries or their nationals or used for any prohibited purpose.

**12. NO WARRANTY.** THE WEBSITE, AND ALL GOODS, DOCUMENTS, AND INFORMATION PROVIDED ON OR THROUGH YOUR USE OF THE WEBSITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULLEST EXTENT PERMITTED BY LAW, DEFENSE DISTRIBUTED EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT. DEFENSE DISTRIBUTED MAKES NO WARRANTY THAT: (A) THE WEBSITE, INCLUDING ANY GOODS OR ITEMS PURCHASED THROUGH THE WEBSITE, WILL MEET YOUR

INCLUDING ANY GOODS OR ITEMS PURCHASED THROUGH THE WEBSITE, WILL MEET YOUR REQUIREMENTS; (B) THE WEBSITE WILL BE AVAILABLE ON AN UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE BASIS; (C) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE WEBSITE OR ANY GOODS OFFERED THROUGH THE WEBSITE WILL BE ACCURATE OR RELIABLE; OR (D) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE WEBSITE WILL MEET YOUR EXPECTATIONS. OBTAINING ANY GOODS OR OTHER MATERIALS THROUGH THE USE OF THE WEBSITE IS DONE AT YOUR OWN DISCRETION AND AT YOUR OWN RISK. DEFENSE DISTRIBUTED SHALL HAVE NO RESPONSIBILITY FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY CONTENT, MATERIALS, INFORMATION OR SOFTWARE.

**13. LIMITATION OF LIABILITY AND INDEMNIFICATION.** EXCEPT AS PROHIBITED BY LAW, YOU WILL HOLD DEFENSE DISTRIBUTED AND ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS HARMLESS FOR ANY INDIRECT, PUNITIVE, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGE, HOWEVER IT ARISES (INCLUDING ATTORNEYS' FEES AND ALL RELATED COSTS AND EXPENSES OF LITIGATION AND ARBITRATION, OR AT TRIAL OR ON APPEAL, IF ANY, WHETHER OR NOT LITIGATION OR ARBITRATION IS INSTITUTED), WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE, OR OTHER TORTIOUS ACTION, OR ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, INCLUDING WITHOUT LIMITATION ANY CLAIM FOR PERSONAL INJURY OR PROPERTY DAMAGE, ARISING FROM YOUR USE OF THE WEBSITE AND ANY VIOLATION BY YOU OF ANY FEDERAL, STATE, OR LOCAL LAWS, STATUTES, RULES, OR REGULATIONS, EVEN IF DEFENSE DISTRIBUTED HAS BEEN PREVIOUSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. EXCEPT AS PROHIBITED BY LAW, IF THERE IS LIABILITY FOUND ON THE PART OF DEFENSE DISTRIBUTED, IT WILL BE LIMITED TO THE AMOUNT PAID FOR THE PRODUCTS AND/OR SERVICES, AND UNDER NO CIRCUMSTANCES WILL THERE BE CONSEQUENTIAL OR PUNITIVE DAMAGES. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE PRIOR LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

**14. Governing Law and Jurisdiction.** All matters relating to the Website and these Terms of Use and any dispute or claim arising therefrom or related thereto (in each case, including non-contractual disputes or claims), shall be governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule (whether of the State of Texas or any other jurisdiction). Any legal suit, action or proceeding arising out of, or related to, these Terms of Use or the Website shall be instituted exclusively in the federal courts of the United States or the courts of the State of Texas, in each case located in the City of Austin, Travis County, Texas although we retain the right to bring any suit, action or proceeding against you for breach of these Terms of Use in your country of residence or any other relevant country. You waive any and all objections to the exercise of jurisdiction over you by such courts and to venue in such courts.

**15. Arbitration.** At the Company's sole discretion, we may require You to submit any disputes arising from the use of these Terms of Use or the Website, including disputes

DocuSign Envelope ID: 9A915E3F-574B-45A8-BFE3-0EAB9C640B77

arising from or concerning their interpretation, violation, invalidity, non-performance, or termination, to final and binding arbitration under the Rules of Arbitration of the American Arbitration Association applying Texas state law.

**16. Limitation on Time to File Claims.** ANY CAUSE OF ACTION OR CLAIM YOU MAY HAVE ARISING OUT OF OR RELATING TO THESE TERMS OF USE OR THE WEBSITE MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE, SUCH CAUSE OF ACTION OR CLAIM IS PERMANENTLY BARRED.

**17. Waiver and Severability.** No waiver of by the Company of any term or condition set forth in these Terms of Use shall be deemed a further or continuing waiver of such term or condition or a waiver of any other term or condition, and any failure of the Company to assert a right or provision under these Terms of Use shall not constitute a waiver of such right or provision.
If any provision of these Terms of Use is held by a court or other tribunal of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be eliminated or limited to the minimum extent such that the remaining provisions of the Terms of Use will continue in full force and effect.

**18. Entire Agreement.** The Terms of Use and, our Privacy Policy, and Terms of Sale constitute the sole and entire agreement between you and Defense Distributed with respect to the Website and supersede all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to the Website.

**19. Your Comments and Concerns.** All feedback, comments, requests for technical support and other communications relating to the Website should be directed to: support@ghostgunner.net.

FAQ (/faq)

Reviews (/reviews)

Home (/)

Products (/featured-products)

Info Center (https://ghostgunner.zendesk.com/hc)

Dealers (/dealers)

(https://twitter.com/defdist)
(https://www.youtube.com/user/DXLiberty)

Contact (/contact)

Privacy (/privacy)

Terms and Conditions (/terms-and-conditions)

Website Terms of Use (/website-terms-of-use)

Refund Policy (/refund-policy)

Shipping Policy (/shipping-policy)

Check Ghost Gunner Order Status (/check-ghost-gunner-order-status/)

Private Order Form (https://ghostgunner.net/wp-content/uploads/2023/06/GGunner-Mail-Order-Form.pdf)

 PLEASE NOTE: Ghost Gunner machines, lowers, frames, and other hardware and equipment are not currently available to persons outside the United States and they are not available to residents of and persons in the State of New Jersey, which criminalizes possession of unregistered assault weapons. THIS PRODUCT IS ILLEGAL IN THE STATE OF NEW JERSEY. THE PURCHASE OF "GHOST GUNS" OR "GHOST GUN" PARTS FOR ASSEMBLY IS UNLAWFUL IN NEW JERSEY. THE CONTENTS OF THIS WEBSITE ARE NOT INTENDED AND SHOULD NOT BE CONSTRUED AS AN ADVERTISEMENT OR OFFER FOR SALE OF "GHOST GUNS" AND "GHOST GUN" PARTS TO NEW JERSEY RESIDENTS OR ANY PERSON IN NEW JERSEY.

 For California customers, Ghost Gunner CNC machines are general purpose machines classified by the US Department of Commerce. While we believe the machines remain legal to purchase and own in the state of California, Ghost Gunner CNC machines are not currently available to California customers. We recommend alternative CNC suppliers.

 Since Jan. 1 2021, no warrants have been served to ghostgunner.net (https://ghostgunner.net) principals or employees. No searches or seizures have been performed on ghostgunner.net (https://ghostgunner.net) assets.

