Claudia G. Silva, County Counsel (SBN 167868)
By: John P. Cooley, Chief Deputy (SBN 162955)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4860
Email: john.cooley@sdcounty.ca.gov

*Attorneys for Plaintiff, THE PEOPLE OF THE*
*STATE OF CALIFORNIA, acting by and through*
*the County of San Diego*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA.,<br><br>Plaintiff,<br><br>v.<br><br>COAST RUNNER INDUSTRIES, INC., GHOST GUNNER, INC., and DEFENSE DISTRIBUTED,<br><br>Defendants. | No. 24-cv-0971-AJB-SBC<br><br>**PLAINTIFF'S NOTICE OF *EX PARTE* MOTION AND *EX PARTE* MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO TRANSFER AND MOTION TO DISMISS PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT Plaintiff the People of the State of California will and hereby does move the Court for an Order staying briefing on Defendants Coast Runner Industries, Inc., Ghost Gunner, Inc., and Defense Distributed's (collectively, "Defendants") Motion to Transfer (ECF No. 5) and Motion to Dismiss (ECF No. 6) pending the resolution of Plaintiff's Motion to Remand (ECF No. 10).

SULLIVAN &
CROMWELL LLP

24-CV-00971-AJB-SBC

The People make this Motion pursuant to this Court's inherent authority, applicable case law, and the United States District Court for the Southern District of California Local Rules.

This *Ex Parte* Motion is based on this Notice of *Ex Parte* Motion and *Ex Parte* Motion, the attached Memorandum of Points and Authorities, and upon such further papers and argument as may be presented to the Court prior to and at the hearing.

Dated: June 21, 2024                    CLAUDIA G. SILVA, County Counsel


                                        s/John P. Cooley

                                        By: JOHN P. COOLEY, Chief Deputy
                                        (SBN 162955)
                                        Office of County Counsel, County of
                                        San Diego
                                        1600 Pacific Highway, Room 355
                                        San Diego, California 92101-2469
                                        Telephone:  (619) 531-4860
                                        Facsimile:  (619) 531-6005
                                        E-mail: john.cooley@sdcounty.ca.gov

                                        ESTHER SANCHEZ-GOMEZ (SBN
                                        330408)
                                        E-mail:  esanchezgomez@giffords.org
                                        GIFFORDS LAW CENTER TO
                                        PREVENT GUN VIOLENCE
                                        268 Bush St. # 555
                                        San Francisco, CA 94104
                                        Telephone:  (415) 433-2062
                                        Facsimile:  (415) 433-3357

                                        ROBERT A. SACKS (SBN 150146)
                                        E-mail:  sacksr@sullcrom.com
                                        ALEXA M. COVER (SBN 317068)
                                        E-mail:  covera@sullcrom.com
                                        SULLIVAN & CROMWELL LLP
                                        1888 Century Park East
                                        Los Angeles, California 90067
                                        Telephone:  (310) 712-6600
                                        Facsimile:  (310) 712-8800


                                        *Attorneys for Plaintiff, THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the County of San Diego*

SULLIVAN & CROMWELL LLP

24-cv-00971-AJB-SBC