Claudia G. Silva, County Counsel (SBN 167868)
By: John P. Cooley, Chief Deputy (SBN 162955)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4860
Email: john.cooley@sdcounty.ca.gov

*Attorneys for Plaintiff, THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the County of San Diego*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA., | No. 24-cv-0971-AJB-SBC |
| Plaintiff, | **DECLARATION OF JOHN P. COOLEY IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO TRANSFER AND MOTION TO DISMISS PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| COAST RUNNER INDUSTRIES, INC., GHOST GUNNER, INC., and DEFENSE DISTRIBUTED, | |
| Defendants. | |

SULLIVAN & CROMWELL LLP

24-CV-00971-AJB-SBC

I, John P. Cooley, declare under penalty of perjury under the laws of the United States of America, as follows:

1.      I am a member of the California State Bar and counsel for Plaintiff in the above-captioned action.

2.      On June 20, 2024, I contacted Chad Flores, counsel for Defendants Coast Runner Industries, Inc., Ghost Gunner, Inc., and Defense Distributed, via e-mail. (See, Ex. A attached hereto).

3.      I requested that Defendants agree to a stay of briefing on Defendants' Motions to Transfer and Motions to Dismiss pending the Court's resolution of Plaintiff's Motion to Remand. (*Id.*) I informed counsel for Defendants that if the parties could not reach an agreement, Plaintiff was prepared to file an *ex parte* motion requesting that the Court stay briefing on Defendants' motions. (*Id.*) I attached a version of the draft *ex parte* motion to my e-mail to Defendants' counsel. (*Id.*)

4.      In an initial response made that same day, counsel for Defendants proposed that the parties agree to have the briefing schedule for all three motions extended to a later date in August or September. (*Id.*)

5.      The following morning, on June 21, 2024, I declined counsel for Defendants' proposal, explaining that the purpose of the stay request was to have the Court's subject matter jurisdiction decided expeditiously. (*Id.*)

6.      Counsel for Defendants then declined to agree to Plaintiff's proposed stay of briefing on Defendants' motions. (*Id.*) Mr. Flores provided the following statement as Defendants' position on Plaintiff's *ex parte* motion:

> Defendants are opposed to the stay request for three reasons. First, Defendants oppose the stay request because subject-matter jurisdiction does *not* have to be decided before other threshold matters like personal jurisdiction, venue, and failure to state a claim upon which relief can be granted - none of which constitute a "decision on the merits." *See Sinochem Intern. Co. Ltd. v. Malaysia Intern. Shipping Corp.*, 549 U.S. 422 (2007). Second, Defendants oppose the stay request because order of *briefing* does not control order of *decision.* The best use of judicial resources here is to have all current motions *briefed* without any stay, leaving the court free to *decide* the

SULLIVAN &
CROMWELL LLP

motions in whatever order is most appropriate. Third, Defendants oppose the stay request because the issues of personal jurisdiction (and likely venue as well) deserve a ruling before subject-matter jurisdiction, the former being a jurisdictional defect that should end the case no matter what happens to the remand effort.

(*Id.*)

7.    Attached hereto as Exhibit A is a true and correct copy of the e-mail correspondence between myself and Chad Flores regarding Plaintiff's *ex parte* motion.

8.    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 21, 2024 in San Diego, California.

Dated:  June 21, 2024

/s/ *John P. Cooley*

JOHN P. COOLEY

SULLIVAN & CROMWELL LLP

3

24-CV-00971-AJB-SBC

# Exhibit A

| From: | Chad Flores |
|---|---|
| To: | Cooley, John |
| Subject: | Re: [External] Re: People v. Coast Runner - Request to Stay Defendants" motions |
| Date: | Friday, June 21, 2024 10:04:23 AM |

John,

Understood.  Here's the defendant's position:

> Defendants are opposed to the stay request for three reasons.  First, Defendants oppose the stay request because subject-matter jurisdiction does *not* have to be decided before other threshold matters like personal jurisdiction, venue, and failure to state a claim upon which relief can be granted - none of which constitute a "decision on the merits." *See Sinochem Intern. Co. Ltd. v. Malaysia Intern. Shipping Corp.*, 549 U.S. 422 (2007). Second, Defendants oppose the stay request because order of *briefing* does not control order of *decision.*  The best use of judicial resources here is to have all current motions *briefed* without any stay, leaving the court free to *decide* the motions in whatever order is most appropriate.   Third, Defendants oppose the stay request because the issues of personal jurisdiction (and likely venue as well) deserve a ruling before subject-matter jurisdiction, the former being a jurisdictional defect that should end the case no matter what happens to the remand effort.

If you would have your motion papers convey that in the declaration about opposing counsel's position, we'd appreciate it.

_____
Chad Flores
cf@chadflores.law
(512) 589-7620


On Fri, Jun 21, 2024 at 10:56 AM Cooley, John <John.Cooley@sdcounty.ca.gov> wrote:

> Thanks, Chad, but the People cannot agree to your proposal.  The purpose of my request is to get the remand/subject matter jurisdiction issue decided expeditiously, and before the other issues that are dependent on the Court's subject matter jurisdiction.  As mentioned, please let me know your position by 5 pm today so that the People can seek relief from the Court if there is no agreement.  I remain available to discuss the issue by phone.
>
>
> Best,
>
>
> John
>
>
> **From:** Chad Flores <cf@chadflores.law>
> **Sent:** Thursday, June 20, 2024 6:42 PM

**To:** Cooley, John <John.Cooley@sdcounty.ca.gov>
**Subject:** [External] Re: People v. Coast Runner - Request to Stay Defendants' motions

John,

We'll consider this proposal as soon as is practicable and get you an answer asap. Meanwhile let me propose something of an interim solution:  If your side would agree and prepare a joint motion to this effect, we would agree to have the briefing schedule for both your motion (Document 10) and ours (Documents 5 and 6) extended out from the current July deadlines into either August or September - whichever you prefer.

_____
Chad Flores
cf@chadflores.law
(512) 589-7620

On Thu, Jun 20, 2024 at 5:04 PM Cooley, John <John.Cooley@sdcounty.ca.gov> wrote:

Good afternoon Chad,

Plaintiff, the People of the State of California, plans to request that the Court stay briefing on Defendants' Motion to Transfer (ECF No. 5) and Motion to Dismiss (ECF No. 6) pending resolution of Plaintiff's Motion to Remand (ECF No. 10).  Staying briefing on Defendants' motions is appropriate and reasonable, as the Court should first determine whether it has subject matter jurisdiction over this action before ruling on the issues raised in Defendants' motions.  Plaintiff hopes that Defendants will agree to this proposal.  In the event that Defendants do not agree, Plaintiff plans to file a version of the attached draft *Ex Parte* Motion by the end of tomorrow, Friday, June 21, 2024.

Please let us know your position regarding the proposed stay and the *ex parte* motion by **5 p.m. on Friday, June 21, 2024.**  I am also happy to discuss this request by phone if you would prefer.  You can reach me at 619-531-4892.

Thank you and best regards,


John


John P. Cooley, Chief Deputy
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101

Office: 619-531-4892; Fax. 619-531-6005

John.Cooley@sdcounty.ca.gov