# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California where the service occurred; and my business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On June 21, 2024, I served the following documents:

- **PLAINTIFF'S NOTICE OF EX PARTE MOTION AND EX PARTE MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO TRANSFER AND MOTION TO DISMISS PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND**
- **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO TRANSFER AND MOTION TO DISMISS PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND**
- **DECLARATION OF JOHN P. COOLEY IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO TRANSFER AND MOTION TO DISMISS PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND**

in the following manner:

☒ **(BY EMAIL)** I caused to be transmitted a copy of the foregoing document(s) this date via Microsoft Outlook, which electronically notifies all counsel, the transmission was reported as complete and no error was reported that the electronic transmission was not completed.

☒ **(BY CM/ECF)** I caused to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, in accordance with the rules governing the electronic filing of documents in the **United States District Court for the Southern District of California**, which electronically notifies all counsel/s as follows:

*The People of the State of California v. Coast Runner Industries, et al.*
USDC No. 24-cv-0971-AJB-SBC

| John W. Dillon | Chad Flores |
|---|---|
| DILLON LAW GROUP, APC | FLORES LAW PLLC |
| 2647 Gateway Road, Suite 105. No. 55 | 917 Franklin St., Suite 600 |
| Carlsbad, CA 92009 | Houston, Texas 77002 |
| Phone: (760) 642-7150 | Phone: (713) 364-6640 |
| Email: jdillon@dillonlawgp.com | Email: cf@chadflores.law |

| *Attorneys for Defendants* ||

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct.

Executed on June 21, 2024, at San Diego, California.

By: s/ *Carina Foronda*
E-mail: carina.foronda@sdcounty.ca.gov

*The People of the State of California v. Coast Runner Industries, et al.*
USDC No. 24-cv-0971-AJB-SBC