**Defendants' Response to Plaintiff's Motion to Remand**
**Exhibit 3**



**CRIME**

# SD County, Giffords Partner to Sue 'Ghost Gunner' Company Defense Distributed

 by **City News Service**
May 3, 2024

![Ghost gun parts]

Ghost gun parts. Photo via @demilialaw X

San Diego County and national firearm safety group Giffords have partnered to sue a company that manufactures devices and software allowing people to build their own firearms, with the lawsuit alleging the

company is selling a banned device in California under a new name.

The lawsuit alleges **Defense Distributed**, based in Austin, Texas, is barred from selling its "Ghost Gunner" computer numerical control milling machine locally, yet seeks to circumvent state laws by rebranding and selling the device as the "Coast Runner."

Another company, Coast Runner Industries, Inc., was launched last year but has notable connections to Defense Distributed, according to the lawsuit, including a homebase in Austin and a chief technology officer who was the Ghost Gunner's lead product designer.

Reached for comment, Defense Distributed co-founder Cody R. Wilson said in a statement, "Defense Distributed is and will always follow California law. Even when that law is itself illegal."

The company previously sued to block California's laws barring the production of ghost gun manufacturing equipment, but a judge denied its request to find the law unconstitutional. The company later dropped its legal challenge.

Wilson is himself referenced in the county's lawsuit, with Coast Runner Industries' organizer listed in the company's certificate of formation as "CR Wilson," which the complaint alleges is Wilson.

Describing the Coast Runner as "the Ghost Runner with a new coat of paint," the plaintiffs say the device "is being marketed for the same purpose: the illegal production of untraceable ghost guns."

Billy Clark, senior litigation attorney for Giffords' legal arm, Giffords Law Center, said "Changing an illegal gun-making machine's name and paint color doesn't make it legal. Defense Distributed, Ghost Gunner and Coast Runner have not hidden that this banned machine is used to make guns."

County Supervisor Terra Lawson-Remer said in a statement, "Egregious actions by a greedy company to evade California gun laws will not be tolerated. It is in the best interest of San Diego County families and children to do everything legally possible to stop Defense Distributed from producing and selling these ghost gun manufacturing devices."

© 2024 NEWSWELL

Powered by Newspack

