**Defendants' Response to Plaintiff's Motion to Remand**
**Exhibit 5**

# GIFFORDS
### COURAGE TO FIGHT GUN VIOLENCE

**PRESS RELEASE**

## Giffords Praises Ruling in U.S. District Court for the Western District of Washington that Will Keep Downloadable Guns off the Internet

- AUGUST 27, 2018

SHARE

**August 27, 2018** — **Giffords Law Center** , the legal arm of the gun safety organization founded by former Congresswoman Gabrielle Giffords and Captain Mark Kelly, applauded the decision of Judge Robert S. Lasnik of the U.S. District Court for the Western District of Washington to maintain a ban on downloadable guns produced by readily available 3D-printers. In his ruling, Judge Lasnik found the State Department's argument to allow downloadable guns "ignores reality and is wholly unpersuasive."

## Statement from Adam Skaggs, Chief Counsel at Giffords Law Center

"We applaud Judge Lasnik's well-reasoned opinion that appropriately recognized the severe threats to public safety and national security posed by downloadable guns. In an ill-considered attempt to flout life-saving local, state, and federal gun laws, Cody Wilson and Defense Distributed took the reckless step of making do-it-yourself gun blueprints available on the internet to anyone, regardless of whether they could pass a background check. Worse yet, the Trump Administration abandoned the government's longstanding efforts to stop this threat and gave the green light to guns that cannot be detected by traditional security devices and cannot be traced by law enforcement — making them a gun trafficker's dream come true. Today's victory will stop this threat in its tracks, help save lives, and help to make sure that downloadable guns in the hands of dangerous people don't make our nation's gun violence epidemic even worse."

## Related Resources:

**Press Release:** Giffords Reacts to Federal Judge in Seattle Temporarily Prohibiting Trump Administration From Allow Downloadable Guns Online



**Press Release:** Leading Gun Safety Groups Tell Federal Court that Settlement in Downloadable Guns Lawsuit is Dangerous and Illegal

**Memo:** The Dangers of Make-At-Home, 3D Printed Guns

**Blog:** The Dangers of 3D-Printed Guns

###

AboutDonate

ContactStories

CareersPress

SUPPORT GIFFORDS

First Name

Last Name

Zip

Email Address

SUBMIT

Terms & Conditions          Privacy Policy          Accessibility

© 2024 Giffords: Courage to Fight Gun Violence. All Rights Reserved.

