**Defendants' Response to Plaintiff's Motion to Remand**
**Exhibit 6**

**GIFFORDS**

COURAGE TO FIGHT GUN VIOLENCE

PRESS RELEASE

### STATEMENT: Giffords Reacts to Federal Judge in Seattle Temporarily Prohibiting Trump Administration From Allowing Downloadable Guns Online

- JULY 31, 2018

SHARE

**Washington, DC** — Today, Giffords Law Center to Prevent Gun Violence applauded a Federal judge in Seattle for ruling that the Trump Administration is temporarily blocked from making downloadable guns available to anyone online.

Attorneys General from eight states and the District of Columbia, led by Washington State Attorney General Bob Ferguson, argued that the move to make downloadable guns accessible was a danger to public safety and national security as they could arm anyone, including dangerous criminals and terrorists, with untraceable, undetectable firearms. Recently, Administration officials, with no explanation, decided to allow a Texas company named **Defense** Distributed to make the online guns publicly available and the company was going to carry out this dangerous plan on August 1.

**Adam Skaggs, Chief Counsel of Giffords Law Center to Prevent Gun Violence:**

"The Trump Administration thought their reckless decision to ignore public safety and national security threats posed by downloadable guns would go unchallenged. Instead, outraged Americans made clear that the President was not going to get away with giving dangerous people who can't pass a background check the opportunity to download untraceable guns. Their voices sparked action from leaders to stand up to the gun lobby and stand up for safety.

"After heroic efforts by state attorneys general across the country — especially AGs Ferguson, Grewal, and Shapiro — three courts have now blocked the dangerous rush to publish online gun blueprints , pending further hearings. This fight isn't over, and in statehouses and courthouses across the country, we will continue to do whatever it takes to stop 3D-printed guns."

**Related Resources:**

**MEMO**: The Dangers of Make-At-Home, 3D Printed Guns

**BLOG**: The Dangers of 3D Printed Guns

**RELEASE:** Giffords Applauds Congressional Leaders for New Legislation to Stop Untraceable Firearms After Trump Administration Clears Way for Anyone to 3D-Print Their Own Guns

**RELEASE:** Leading Gun Safety Groups Tell Federal Court That Settlement in Downloadable Guns Lawsuit is Dangerous and Illegal

###

*For 25 years, the legal experts at* **Giffords Law Center** *have been fighting for a safer America by researching, drafting, and defending the laws, policies, and programs proven to save lives from gun violence.*

AboutDonate

ContactStories

CareersPress

SUPPORT GIFFORDS

First Name

Last Name

Zip

Email Address

SUBMIT

Terms & Conditions          Privacy Policy          Accessibility

© 2024 Giffords: Courage to Fight Gun Violence. All Rights Reserved.

