**Defendants' Response to Plaintiff's Motion to Remand**
**Exhibit 7**

**Declaration of Charles Flores**
**July 17, 2024**

I, Charles Flores, declare under penalty of perjury that the following statements are true and correct:

1. My name is Charles ("Chad") Flores. I am the principal of Flores Law PLLC and lead counsel for the defendants in this action, Case No. 3:24-cv-00971 at the United States District Court for the Southern District of California. I executed this declaration on July 17, 2024, with personal knowledge of every fact stated herein.

2. Filed in conjunction with Defendants' Response to Plaintiff's Motion to Remand are the following exhibits, each of which is a true and true and correct copy of the indicated website page as it appeared on July 17, 2024:

   Exhibit 1.........May 3, 2024 • Press Release of Giffords Law Center

   Shortened link: https://bit.ly/4fjd7Y6

   Original URL: https://giffords.org/press-release/2024/05/giffords-law-center-to-represent-san-diego-county-in-lawsuit-against-major-ghost-gun-company/

   Exhibit 2.........May 3, 2024 • Press Release of San Diego County Supervisor

   Shortened link: https://bit.ly/4d3GhIL

   Original URL: https://www.supervisorterralawsonremer.com/content/d3/us/en/newsroom/news-article-item.1714753181987.html#:~:text=County%20Partners%20With%20Giffords%20To%20File%20First%20Lawsuit%20Against%20Ghost%20Gun%20Company&text=The%20County%20of%20San%20Diego,manufacturing%20device%20illegally%20in%20California.

   Exhibit 3.........May 3, 2024 • News Article of the Times of San Diego

   Shortened link: https://bit.ly/3y219RG

   Original URL: https://timesofsandiego.com/crime/2024/05/03/sd-county-giffords-partner-to-sue-ghost-gunner-company-defense-distributed/

Exhibit 4.........June 5, 2024 • Press Release of Giffords Law Center

Shortened link: https://bit.ly/4d9Kmv3

Original URL: https://giffords.org/press-release/2024/06/california-settles-lawsuit-with-ghost-gun-sellers/

Exhibit 5.........August 27, 2018 • Press Release of Giffords Law Center

Shortened link: https://bit.ly/4cI3IHN

Original URL: https://giffords.org/press-release/2018/08/3d-guns-washington-court-ruling/

Exhibit 6.........July 31, 2018 • Press Release of Giffords Law Center

Shortened link: https://bit.ly/3SbWeEI

Original URL: https://giffords.org/press-release/2018/07/federalcourt-seattle-3dguns-statement/


_____
Chad Flores