## DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California where the service occurred; and my business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On July 23, 2024, I served the following documents:

- **PLAINTIFF'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND ACTION TO STATE COURT**

in the following manner:

☒ **(BY CM/ECF)** I caused to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, in accordance with the rules governing the electronic filing of documents in the **United States District Court for the Southern District of California**, which electronically notifies all counsel/s as follows:

| John W. Dillon<br>DILLON LAW GROUP, APC<br>2647 Gateway Road, Suite 105. No. 55<br>Carlsbad, CA 92009<br>Phone: (760) 642-7150<br>Email: jdillon@dillonlawgp.com | Chad Flores<br>FLORES LAW PLLC<br>917 Franklin St., Suite 600<br>Houston, Texas 77002<br>Phone: (713) 364-6640<br>Email: cf@chadflores.law |
|---|---|
| *Attorneys for Defendants* ||

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct.

Executed on July 23, 2024, at San Diego, California.

By: s/ *Carina Foronda*
E-mail: carina.foronda@sdcounty.ca.gov

*The People of the State of California v. Coast Runner Industries, et al.*
USDC No. 24-cv-0971-AJB-SBC